■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ESTEBAN TORRES, Appellant.—Judgment, Supreme Court, Bronx County, rendered on August 12, 1976, unanimously affirmed. Application by appellant's counsel

to withdraw as counsel granted (see *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833). No opinion. Concur—Murphy, P. J., Lupiano, Lane, Markewich and Sandler, JJ.